

# NUMBER 13-25-00365-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GEORGE HINOJOSA JR.,                          **Appellant,**

**v.**

RALLY CREDIT UNION,                           **Appellee.**

## ON APPEAL FROM THE 105TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Chief Justice Tijerina**

This matter is before the Court on appellant's unopposed amended motion to dismiss appeal. The appellant no longer wishes to pursue his turnover appeal.

The Court, having considered appellant's unopposed amended motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1).

Therefore, appellant's unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
21st day of August, 2025.